UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| JOSE SANTANA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Case No: 06 CV 01775 |
| vs. ) | |
| ) | Judge James B. Zagel |
| LIEUTENANT CODY #105, et al., ) | |
| ) | |
| Defendants ) | |

## HAROLD GRIMES' MOTION FOR JUDGMENT AS A MATTER OF LAW

NOW COMES the defendant, Harold Grimes, by his attorneys, LITCHFIELD CAVO, LLP, and moves this court for entry of an order granting him judgment as a matter of law to each of the claims which remain pending against him. In support of his motion, Harold Grimes submits the attached Memorandum of Law.

WHEREFORE, the defendant, Harold Grimes, prays for entry of an order granting him judgment as a matter of law as to each of the claims that remain pending against him.

LITCHFIELD CAVO, LLP.


By: /s/ Patrick J. Ruberry
Attorneys for the defendants,
Jason Keeling, Scott O'Kane
and Harold Grimes

Patrick J. Ruberry, Esq. (06188844)
LITCHFIELD CAVO, LLP
303 West Madison Street , Suite 300
Chicago, IL 60606-3300
(312) 781-6677
(312) 781-6630 fax

## CERTIFICATE OF SERVICE

I, the undersigned, being first duly sworn upon oath, depose, and say that I caused to be served the foregoing Harold Grimes' Motion for Judgment as a Matter of Law by electronically filing the same with the Clerk for the U.S. District Court for the Northern District of Illinois, Eastern Division, a copy of which was then forwarded to each attorney of record by CM/ECF on the 28th day of January, 2011.

/s/ Patrick J. Ruberry
Attorneys for the defendants,
Jason Keeling, Scott O'Kane
and Harold Grimes

Patrick J. Ruberry, Esq. (06188844)
LITCHFIELD CAVO, LLP
303 West Madison Street , Suite 300
Chicago, IL 60606-3300
(312) 781-6677
(312) 781-6630 fax